1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   JUDY DITCHEY,                          Case No. 15-cv-04103-JSC

                   Plaintiff,
10
                                           **ORDER RE: PLAINTIFF'S MOTION**
11        v.                               **FOR PARTIAL SUMMARY**
                                           **JUDGMENT**
12  MECHANICS BANK, et al.,
                                           Re: Dkt. No. 22
13                 Defendants.

14

15        Plaintiff Judy Ditchey filed this Employee Retirement Income Security Act of 1974

16  ("ERISA") action against her employer Defendant Mechanics Bank ("the Bank") seeking

17  severance benefits in accordance with Defendant Mechanics Bank Change in Control Plan ("the

18  Plan"). Plaintiff has moved for partial summary judgment on her claim for reimbursement of

19  reasonable legal fees and expenses under the Plan. (Dkt. No. 22.) The Court heard oral argument

20  regarding Plaintiff's motion on January 7, 2016. The parties were ordered to file supplemental

21  briefing regarding the issue of whether the Plan at issue is governed by ERISA. In particular,

22  Plaintiff shall supplement the record with evidence supporting her argument that five other key

23  executives at the Bank have similar Change in Control Plans. Defendant shall have an opportunity

24  to respond and Plaintiff to reply. The parties shall meet and confer, and by January 15, 2016, shall

25  file a stipulated protective order as well as a stipulation regarding the briefing schedule for the

26  supplemental summary judgment briefing.

27

28

United States District Court
Northern District of California

1    The Court will take the motion under submission upon completion of the supplemental

2  briefing and will advise the parties if further oral argument is required.

3    **IT IS SO ORDERED.**

4  Dated: January 7, 2016

5    _____

   JACQUELINE SCOTT CORLEY

6  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2