Daniel Feinberg - State Bar No. 135983
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998
Facsimile: (510) 269-7994
E-mail: dan@feinbergjackson.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JUDY DITCHEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MECHANICS BANK, MECHANICS BANK CHANGE IN CONTROL PLAN,<br><br>    Defendants. | Case No. 15-cv-4103 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING SCHEDULE** |

Stipulation and [Proposed] Order Re:
Supplemental Briefing Schedule
CASE NO. 15-cv-4103 JCS

WHEREAS the January 7, 2016 Order Re: Plaintiff's Motion for Partial Summary Judgment (ECF 30) ("MSJ Order") orders Plaintiff and Defendants "to file supplemental briefing regarding the issue of whether the Plan at issue is governed by ERISA. In particular, Plaintiff shall supplement the record with evidence supporting her argument that five other key executives at the Bank have similar Change in Control Plans";

WHEREAS the MSJ Order directs the parties to "meet and confer, and by January 15, 2016, . . . file . . . a stipulation regarding the briefing schedule for the supplemental summary judgment briefing";

WHEREAS the parties have met and conferred, and have agreed to a briefing schedule for supplemental summary judgment briefing;

THEREFORE, the Parties hereby request that the Court enter the following schedule for supplemental briefing on Plaintiff's Motion for Partial Summary Judgment (ECF 22): (1) Defendants produce relevant documents, including Change in Control Agreements for other key executives by January 15, 2016; (2) Plaintiff files her Supplemental Brief by January 25, 2016; (2) Defendants file their Response by February 8, 2016; and (3) Plaintiff files her Reply by February 15, 2016.

Dated: January 13, 2016                              Respectfully Submitted,

                                                      FEINBERG, JACKSON, WORTHMAN &
                                                      WASOW LLP

                                              By:     /s/ Daniel Feinberg
                                                      Daniel Feinberg

                                                      Daniel Feinberg
                                                      383 4th Street, Suite 201
                                                      Oakland, CA 94607
                                                      Telephone: (510) 269-7998
                                                      Facsimile: (510) 269-7994

                                                      *Attorneys for Plaintiff*

ARENA HOFFMAN LLP

By:   /s/ Ron Arena
Ron Arena

44 Montgomery St., Suite 3520
San Francisco, CA 94104
Telephone: (415) 433-1414
Facsimile: (415) 520-0446

*Attorneys for Defendants*

**SO ORDERED.**  Defendants shall produce relevant documents, including Change in Control Agreements for other key executives by January 15, 2016; Plaintiff shall file her Supplemental Brief by January 25, 2016; Defendants shall file their Response by February 8, 2016; and Plaintiff shall file her Reply by February 15, 2016.

Dated:  January 14, 2016

*Jacqueline Scott Corley*
U.S. Magistrate Judge