| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) |
| | ELIZABETH A. BROWN (SB# 235429) |
| 2 | TAYANAH C. THOMAS (SB# 299123) |
| | jeffgrube@gbgllp.com |
| 3 | lisabrown@gbgllp.com |
| | tayahanthomas@gbgllp.com |
| 4 | GRUBE BROWN & GEIDT LLP |
| | 601 Montgomery Street, Suite 1150 |
| 5 | San Francisco, CA  94111 |
| | Telephone:  (415) 603-5000 |
| 6 | Facsimile:  (415) 840-7210 |

Attorneys for Defendants
MECHANICS BANK and MECHANICS BANK
CHANGE IN CONTROL PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DITCHEY, | Case No. 3:15-CV-0413-JSC |
| Plaintiff, | **DEFENDANTS' NOTICE AND [PROPOSED] ORDER SUBSTITUTING COUNSEL OF RECORD** |
| vs. | |
| MECHANICS BANK, MECHANICS BANK CHANGE IN CONTROL PLAN, | Judge:    Hon. Jacqueline S. Corley |
| Defendants. | |

---

PLEASE TAKE NOTICE that defendant MECHANICS BANK has retained Grube Brown & Geidt LLP to substitute as counsel for Arena Hoffman LLP in the above-captioned matter on behalf of defendants MECHANICS BANK and MECHANICS BANK CHANGE IN CONTROL PLAN (Defendants deny that any "Plan" as defined by ERISA ever existed).

Withdrawing counsel for Defendants MECHANICS BANK and MECHANICS BANK CHANGE IN CONTROL PLAN are:

> RONALD D. ARENA (Bar No. 218421)
> ARENA HOFFMAN LLP
> 44 Montgomery Street, Suite 3520
> San Francisco, CA  94104-4828
> Telephone:  415.433.1414
> Facsimile:  415.520.0446
> Email:  rarena@arenahoffman.com
>
> KATHRYN M. WEEKS (Bar No. 255945)
> ARENA HOFFMAN LLP
> 44 Montgomery Street, Suite 3520
> San Francisco, CA  94104-4828
> Telephone:  415.433.1414
> Facsimile:  415.520.0446
> Email:  rarena@arenahoffman.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants MECHANICS BANK and MECHANICS BANK CHANGE IN CONTROL PLAN:

> E. JEFFREY GRUBE
> GRUBE BROWN & GEIDT LLP
> 601 Montgomery Street, Suite 1150
> San Francisco, CA  94111
> Telephone:  (415) 603-5000
> Facsimile:  (415) 840-7210
> Email:  jeffgrube@gbgllp.com
>
> ELIZABETH A. BROWN
> GRUBE BROWN & GEIDT LLP
> 601 Montgomery Street, Suite 1150
> San Francisco, CA  94111
> Telephone:  (415) 603-5000
> Facsimile:  (415) 840-7210
> Email:  lisabrown@gbgllp.com

//

//

//

| | | |
|---|---|---|
| 1 | The undersigned parties consent to the above withdrawal and substitution of counsel. | |
| 2 | DATED: February 12, 2016 | MECHANICS BANK and MECHANICS BANK CHANGE OF CONTROL PLAN[1] |
| 4 | | BY: _____ |
| 5 | | Glenn Shrader, Senior Vice President |
| 6 | DATED: February 12, 2016 | ARENA HOFFMAN LLP |
| 8 | | BY: _____ |
| 9 | | Ronald D. Arean |
| 10 | DATED: February 12, 2016 | GRUBE BROWN & GEIDT LLP |
| 12 | | BY: _____ |
| 13 | | E. Jeffrey Grube |

## ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: __march 4, 2016__

_____
Jacqueline S. Corley
Judge of United States District Court

**GRANTED**
/s/ Jacqueline Scott Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Defendants deny that any "Plan" as defined by ERISA ever existed.